Pavneet Singh Uppal, SBN 016805
Lori Guner, SBN 031646
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
lguner@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael McDonald, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HD Supply, an Arizona business entity,<br><br>Defendant. | No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1332 AND 1441** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant HD Supply Construction Supply, LP erroneously sued as HD Supply, an Arizona business entity, (hereinafter "Defendant") hereby removes to this Court the state court action described below.

1.  On February 22, 2021, Plaintiff filed his Complaint in the Superior Court of the State of Arizona, in and for the County of Maricopa. The Complaint is entitled *Michael McDonald v. HD Supply*, Case No. CV2021-002860. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2.  True and correct copies of Summons, Certificate on Compulsory Arbitration, Amended Civil Cover Sheet, Civil Cover Sheet and Affidavit of Service are attached hereto as **Exhibit 2.**

FP 40399802.1

3. The Summons, Complaint, Certificate of Compulsory Arbitration, Amended Civil Cover Sheet, Civil Cover Sheet and Affidavit of Service are the initial pleadings setting forth Plaintiff's claims for relief. There have been no responsive pleadings filed in the state court action, and there are no other forms of process, pleadings, and/or orders served upon Defendant in this matter.

4. This Notice is being filed within thirty (30) days of Defendant's receipt of the Complaint.

5. Pursuant to Local Rule 3.6, true and correct copies of all pleadings and other documents filed in the Superior Court proceeding are attached hereto as **Exhibits 1 through 2**.

6. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it involves federal questions arising under the federal Family and Medical Leave Act 29 U.S.C. § 2601 *et seq*. Paragraph 28 of the Complaint specifically alleges that "Defendants [*sic*] discriminated against Plaintiff … in the following ways, but not limited to … Denying Plaintiff's FMLA rights." This Court has supplemental jurisdiction over Plaintiff's state law claims.

7. This action is also a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. Plaintiff is a citizen and resident of the State of Arizona.

9. The caption of the Complaint incorrectly identifies Defendant as "HD Supply, an Arizona business entity." Defendant HD Supply Construction Supply, LP is a Florida limited partnership with its principal place of business in Atlanta, Georgia. The Defendant's partners are: (1) HD Supply GP & Management, Inc. which is a Delaware corporation with its principal place of business in Atlanta, Georgia; (2) HD Supply

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

2

Construction Supply Group, Inc. which is a Delaware corporation with its principal place of business in Atlanta, Georgia; (3) White Cap Construction Supply, Inc. which is a Delaware corporation with its principal place of business in Atlanta, Georgia; (4) AH Harris Intermediate Acquisition, Inc which is a Delaware corporation with its principal place of business in Atlanta, Georgia; and (5) HD Supply Holdings, LLC which is a Florida limited liability company with its principal place of business in Florida. Therefore, complete diversity of citizenship exists between Plaintiff, Defendant and Defendant's General Partner and Limited Partners. *See Carden v. Arkoma Assoc.*, 494 U.S. 185 (1990) (holding that a limited partnership has the citizenship of each of its partners, whether general or limited).

10. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff claims actual and punitive damages in addition to attorneys' fees and costs.

11. Defendant has served a copy of this Notice on the Plaintiff and a copy of the Notice has also been filed with the state court clerk pursuant to Rule 3.6 of the Local Rules of the United States District Court for the District of Arizona. A copy of the Notice filed with the state court clerk is attached hereto as **Exhibit 3**.

12. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by Local Rule 3.6.

RESPECTFULLY SUBMITTED this 26th day of April 2021.

                FISHER & PHILLIPS LLP

                By s/ Pavneet Singh Uppal
                    Pavneet Singh Uppal
                    Lori Guner
                    3200 N. Central Avenue, Suite 1550
                    Phoenix, Arizona 85012-2487
                    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and I hereby certify that on the 26th day of April 2021, I served a copy of the foregoing document by first class mail, postage prepaid, on the following:

Lowell W. Finson
FINSON LAW FIRM LLC.
126 Westwind Mall
Marina del Rey, CA 90292
Attorney for Plaintiff


 s/ Amy Jones

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400